541 U.S. 1077
 BURNES
v.
BUSH, PRESIDENT OF THE UNITED STATES;
BURNES
v.
AMERICAN ELECTRIC POWER ET AL.;
BURNES
v.
AMERICAN BAR ASSN. ET AL.;
BURNES
v.
AMERICAN BROADCASTING CO. ET AL.;
BURNES
v.
NATIONAL BROADCASTING CO. ET AL.; and
BURNES
v.
COLUMBIA BROADCAST ET AL.
 No. 03-9690.
 Supreme Court of United States.
 June 1, 2004.
 
 1
 C. A. 6th Cir. Certiorari denied.